**ROCKARD J. DELGADILLO**, City Attorney (State Bar #125465x)
**MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**SUREKHA A. PESSIS**, Deputy City Attorney (State Bar #193206)
600 City Hall East
200 North Main Street
Los Angeles, California 90012-4129
Telephone: (213) 978-7036   Facsimile: (213) 978-8785
Email: *Surekha.Pessis@lacity.org*

Attorneys for Defendants, **CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. BRATTON; LEE BACA; WILLIAM STONICH, Assistant Sheriff; LARRY W. WALDIE; DOYLE R. CAMPBELL, Assistant Sheriff; PAUL K. TANAKA, Assistant Sheriff; CHARLES JACKSON, Division Chief; MARC L. KLUGMAN, Division Chief individually and in their official capacities; CITY OF LOS ANGELES; CITY OF LOS ANGELES POLICE DEPARTMENT; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT<br><br>Defendants. | CASE NO. CV 06-07812 PA(RCx)<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH TO PLAINTIFF JULIO ALVARADO'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES;**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW DEFENDANTS, **CITY OF LOS ANGELES, a municipal entity, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH**, answering Plaintiff's First Amended Complaint in the above-entitled action, for themselves alone and for no other party, hereby admit, deny, and allege as follows:

1

## I. INTRODUCTION, JURISDICTION AND VENUE

1. In answering paragraph 1, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

2. In answering paragraph 2, Defendants deny the allegations contained therein.

3. In answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. In answering paragraph 4, Defendants deny the allegations contained therein.

5. In answering paragraph 5, Defendants deny the allegations contained therein.

## II. PARTIES

**A.  Plaintiff**

6. In answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**B.  Defendants**

7. In answering paragraph 7, Defendants admit the allegations contained therein.

8. In answering paragraph 8, Defendants admit the allegations contained therein.

9. In answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

///

10. In answering paragraph 10, Defendants admit the allegations contained therein.

11. In answering paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. In answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. In answering paragraph 13, Defendants admit the allegations contained therein.

14. In answering paragraph 14, Defendants admit the allegations contained therein. admit

15. In answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. In answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. In answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. In answering paragraph 18, Defendants deny the allegations contained therein.

19. In answering paragraph 19, Defendants deny the allegations contained therein.

20. In answering paragraph 20, Defendants deny the allegations contained therein.

///

1 | 21. In answering paragraph 21, Defendants deny the allegations contained therein.

22. In answering paragraph 22, Defendants deny the allegations contained therein.

23. In answering paragraph 23, Defendants deny the allegations contained therein.

24. In answering paragraph 24, Defendants deny the allegations contained therein.

25. In answering paragraph 25, Defendants deny the allegations contained therein.

26. In answering paragraph 26, Defendants deny the allegations contained therein.

27. In answering paragraph 27, Defendants deny the allegations contained therein.

## IV.
## THE ARREST AND BOOKING OF PLAINTIFF ON WARRANTS MEANT FOR ANOTHER PERSON

28. In answering paragraph 28, Defendants deny the allegations contained therein.

29. In answering paragraph 29, and subparagraphs A and B, Defendants deny the allegations contained therein.

30. In answering paragraph 30, Defendants deny the allegations contained therein.

31. In answering paragraph 31, Defendants deny the allegations contained therein.

///

32. In answering paragraph 32, Defendants deny the allegations contained therein.

33. In answering paragraph 33, Defendants deny the allegations contained therein.

34. In answering paragraph 34, Defendants deny the allegations contained therein.

35. In answering paragraph 35, Defendants deny the allegations contained therein.

36. In answering paragraph 36, Defendants deny the allegations contained therein.

37. In answering paragraph 37, Defendants deny the allegations contained therein.

38. In answering paragraph 38, Defendants deny the allegations contained therein.

39. In answering paragraph 39, Defendants deny the allegations contained therein.

40. In answering paragraph 40, Defendants deny the allegations contained therein.

41. In answering paragraph 41, Defendants deny the allegations contained therein.

42. In answering paragraph 42, Defendants deny the allegations contained therein.

43. In answering paragraph 43, Defendants deny the allegations contained therein.

///
///

# FIRST CAUSE OF ACTION

## (Fourth Amendment/42 U.S.C. §1983)

### (Against all Defendants)

44. In answering paragraph 44, Defendants deny the allegations contained therein.

# SECOND CAUSE OF ACTION

## (Fourteenth Amendment/42 U.S.C. §1983)

### (Against all Defendants)

45. In answering paragraph 45, Defendants deny the allegations contained therein.

# THIRD CAUSE OF ACTION – WRONGFUL ARREST/DETENTION UNDER THE CALIFORNIA STATE CONSTITUTION

## (California Constitution, Article I, §13)

### (Against all Defendants)

46. In answering paragraph 46, Defendants deny the allegations contained therein.

47. In answering paragraph 47, Defendants deny the allegations contained therein.

# FOURTH CAUSE OF ACTION – CAL. CIVIL CODE § 52.1

### (Against Defendants City, County, LAPD and LASD only)

48. In answering paragraph 48, Defendants deny the allegations contained therein.

49. In answering paragraph 49, Defendants deny the allegations contained therein.

///

## FIFTH CAUSE OF ACTION – FALSE IMPRISONMENT
### (Against Defendants City, County, LAPD and LASD only)

50. In answering paragraph 50, Defendants deny the allegations contained therein.

51. In answering paragraph 51, Defendants deny the allegations contained therein.

## SIXTH CAUSE OF ACTION – INJUNCTIVE ACTION
### (Against Defendants City, County, LAPD, Baca and Bratton only)

52. In answering paragraph 52, Defendants deny the allegations contained therein.

53. In answering paragraph 53, Defendants deny the allegations contained therein.

54. In answering paragraph 54, Defendants deny the allegations contained therein.

55. In answering paragraph 55, Defendants deny the allegations contained therein.

56. In answering paragraph 56, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants **CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH** allege each of the following:

///

///

## FIRST AFFIRMATIVE DEFENSE

1. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SECOND AFFIRMATIVE DEFENSE

2. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## FOURTH AFFIRMATIVE DEFENSE

4. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self defense.

## FIFTH AFFIRMATIVE DEFENSE

5. The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

## SIXTH AFFIRMATIVE DEFENSE

6. The Complaint fails to state a cause of action due to applicable statute of limitations.

///

## SEVENTH AFFIRMATIVE DEFENSE

7. The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, *Government Code* § 910 et seq.

## EIGHTH AFFIRMATIVE DEFENSE

8. The action is barred for lack of standing to sue.

## NINTH AFFIRMATIVE DEFENSE

9. The action is barred by the doctrine of res judicata.

## TENTH AFFIRMATIVE DEFENSE

10. Defendants' actions are privileged pursuant to Civil Code § 47.

## ELEVENTH AFFIRMATIVE DEFENSE

11. As to the federal claims and theories of recovery, these answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## TWELFTH AFFIRMATIVE DEFENSE

12. These answering Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981).

## THIRTEENTH AFFIRMATIVE DEFENSE

13. As to the federal claims and theories of recovery, these answering Defendants are protected from liability under the doctrine of witness immunity.

## FOURTEENTH AFFIRMATIVE DEFENSE

14. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

15. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 820.2; 820.4; 820.8; 845.8

Civil Code §§ 43.55;

Penal Code §§ 836; 836.5 and 847.

## SIXTEENTH AFFIRMATIVE DEFENSE

16. This action should be stayed pursuant to *Wallace v. Kato*, 549 U.S. 384 (2007), and *California Government Code* §945.3.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17. Plaintiffs federal claims are barred by *Baker v. McCollan,* 443 U.S. 137, 61 L.Ed.2d 433, 99 S.Ct. 2689 (1979).

## EIGHTEENTH AFFIRMATIVE DEFENSE

18. Defendants reserve the right assert additional affirmative defenses at the appropriate time.

///

///

## PRAYER FOR RELIEF

W H E R E F O R E, Defendants **CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH** pray for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## DEMAND FOR JURY TRIAL

Defendants **CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH** demand and request a trial by jury in this matter.

DATED: March 18, 2009          Respectfully submitted,

ROCKARD J. DELGADILLO, City Attorney
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By_____
SUREKHA A. PESSIS, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, WILLIAM J. BRATTON, DAVID GRIMES, ERIK SCHICK and MICHAEL LAMBARTH**