**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM BRATTON, et al.,<br><br>  Defendants. | Case No. CV06-7812 PA (RCx)<br><br>**PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT AS AGAINST DEFENDANT LOS ANGELES POLICE DEPARTMENT** |

TO THE CLERK OF THE COURT:

Plaintiff hereby requests that the Clerk enter default as against defendant Los Angeles Police Department.

On February 16, 2007, plaintiff served his Complaint on defendant Los Angeles Police Department. As of this date, defendant has not responded to plaintiff's original Complaint. See attached Declaration of Donald W. Cook.

On February 24, 2009, plaintiff served his First Amended Complaint on defendant Los Angeles Police Department. As of this date, defendant has not responded to plaintiff's First Amended Complaint. See attached Declaration of Donald W. Cook.

///

-1-

00044027.WPD

1  DATED: April 29, 2009

**ROBERT MANN
DONALD W. COOK**
Attorneys for Plaintiff

By_____
          Donald W. Cook

## DECLARATION OF DONALD W. COOK

I, Donald W. Cook, declare:

1. I am one of the attorneys representing plaintiff.

2. On February 16, 2007, Plaintiff served the original Complaint on defendant Los Angeles Police Department. See **Exhibit A**, copy of proof of service. This proof of service was originally filed March 7, 2007, as page 6 to document 9.

3. On February 24, 2009, Plaintiff served his First Amended Complaint on defendant Los Angeles Police Department. See proof of service attached to document 52, filed February 24, 2009.

4. As of this date, there has been no response served or filed by defendant Los Angeles Police Department to either the original Complaint, or First Amended Complaint.

I declare under penalty of perjury that the foregoing is true of my own knowledge. Executed April 30, 2009, at Los Angeles, California.

_____
Donald W. Cook

| *Attorney or Party without Attorney:*<br>DONALD W. COOK, Bar #116666<br>MANN & COOK<br>3435 WILSHIRE BLVD<br>SUITE 2900<br>LOS ANGELES, CA 90010<br>*Telephone No:* 213-252-9444  *FAX No:* 213-252-0091 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | |
| *Plaintiff:* ALVARADO | |
| *Defendant:* BRATTON, ET AL | |

| **PROOF OF SERVICE OF SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-06-7812PA(RCx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; NOTICE OF INTERESTED PARTIES; LETTERS OF ADMINISTRATION; NOTICE TO PARTIES OF ADR PILOT PROGRAM; ADR PILOT PROGRAM QUESTIONNAIRE; CLERK'S OFFICE SERVICES TO ATTORNEYS AND THE GENERAL PUBLIC; PUBLIC ACCESS TO COURT ELECTRONIC RECORDS (PACER); NOTICE TO COUNSEL; OPTICAL SCANNING ENROLLMENT/UPDATE FORM; CIVILITY AND PROFESSIONALISM GUIDLINES.

3. a. Party served:  LOS ANGELES POLICE DEPARTMENT
   b. Person served:  MARY CLARK, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:  RISK MANAGEMENT, CITY HALL EAST
   200 N. SPRING STREET
   3rd FLOOR
   LOS ANGELES, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 16, 2007 (2) at: 2:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  LOS ANGELES POLICE DEPARTMENT
   Under CCP 416.50 (public entity)

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DONELL WALKER
   b. **LEGALNET, LLC**
      2510 W 237TH STREET
      SUITE 110
      TORRANCE, CA 90505
   c. 310/530-2200, FAX 310/530-1014

   d. *The Fee for Service was:* $27.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 3426
      (iii) County: Los Angeles
      (iv) Expiration Date: Mon, Jun. 23, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Feb. 21, 2007

(DONELL WALKER)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
OF SUMMONS

-4-

*p773059c.cookdo.87252*

**Proof of Service re LAPD**                                                                                                                 **EXHIBIT A**