1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  SCOTT CARON, State Bar No. 227871
   scaron@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants
   County of Los Angeles, Los Angeles County Sheriff's Department,
7  Sheriff Lee Baca, Assistant Sheriff William Stonich, Larry W. Waldie,
   Assistant Sheriff Doyle R. Campbell, Assistant Paul K. Tanaka and
8  Division Chief Marc L. Klugman

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12
   JULIO ALVARADO,                    ) Case No. CV 06-7812 PA (RCx)
13                                     )
            Plaintiff,                 ) Honorable Percy Anderson
14                                     )
         vs.                           ) **STIPULATION TO**
15                                     ) **CONTINUE HEARING ON**
   WILLIAM BRATTON, et al..            ) **DEFENDANTS' MOTION**
16                                     ) **FOR RECONSIDERATION;**
            Defendants.               ) **DECLARATION OF SCOTT**
17                                     ) **E. CARON**
                                       )
18                                     )
                                       )
19  _____  )

20  TO THE CLERK OF COURT AND TO ALL INTERESTED PARTIES AND

21  THEIR ATTORNEYS OF RECORD:

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                1

1    The parties herein, by and through the undersigned counsel, hereby

2    stipulate as follows:

3        1.    On June 18, 2009, Defendants County of Los Angeles, Los Angeles

4    County Sheriff's Department, Sheriff Lee Baca, Assistant Sheriff William

5    Stonich, Larry W. Waldie, Assistant Sheriff Doyle R. Campbell, Assistant Sheriff

6    Paul K. Tanaka and Division Chief Marc L. Klugman (hereinafter, "County

7    Defendants") filed a motion for reconsideration of the Court's June 1, 2009 order

8    denying Defendants' motion for summary judgment. The motion is currently set

9    for hearing on July 27, 2009. The primary issue presented in the motion is the

10   appropriate legal standard for addressing claims of quasi-judicial immunity.

11       2.    The County Defendants have since met and conferred with Plaintiff on

12   another motion for summary judgment to address the remaining issues of qualified

13   immunity, *Monell* liability, the alleged violation of Plaintiff's constitutional rights,

14   and immunity on Plaintiff's state law claims. The County Defendants originally

15   intended to file the motion in late June, and to set it for hearing on July 27 so that

16   the hearing would coincide with the motion for reconsideration. The County

17   Defendants believe that a joint hearing date will be to the benefit of the parties and

18   the Court and in the interest of judicial economy, as it will permit the Court to

19   address all issues at once and will assure that, in the event the motions are denied,

20   there will be only one interlocutory appeal.

21       3.    The County Defendants have discovered that they will be unable to

22   have the anticipated motion for summary judgment heard on July 27, as they

23   require additional time to conduct investigation and to prepare the motion.

24   Defendants reasonably believe they will be able to file the motion by the end of

25   July, to be set for hearing in August.

26       4.    Accordingly, the parties have agreed to continue the hearing on

27   Defendants' motion for reconsideration from July 27, 2009, to August 31, 2009.

28   //

Alvarado\Stip. Continue Hearing

2

1    Defendants intend to file their motion for summary judgment by the end of July,

2    and will set it for hearing on the same date.

3

4    Dated:  July _8_, 2009              LAWRENCE BEACH ALLEN & CHOI, PC

5

6

7                                       By _____

8                                            Scott E. Caron
                                        Attorneys for Defendants,
9                                       COUNTY OF LOS ANGELES, LOS ANGELES
                                        COUNTY SHERIFF'S DEPARTMENT,
10                                      SHERIFF LEE BACA, ASSISTANT SHERIFF
                                        WILLIAM STONICH, LARRY W. WALDIE,
11                                      ASSISTANT SHERIFF DOYLE R.
                                        CAMPBELL; ASSISTANT PAUL K. TANAKA
12

13   Dated:  July _8_, 2009              ROBERT MANN & DONALD W. COOK
14                                      Attorneys at Law

15

16                                      By _____
17                                            Donald W. Cook
                                        Attorneys for Plaintiff,
18                                      JULIO ALVARADO

19

20   Dated:  July ___, 2009             CARMEN TRUTANICH, City Attorney
21                                      MICHAEL L. CLAESSENS, Senior Assistant
                                        City Attorney
22                                      CORY M. BRENTE, Assistant City Attorney

23

24                                      By _____
25                                            Surekha A. Pessis, Deputy City Attorney
                                        Attorneys for Defendants,
26                                      CITY OF LOS ANGELES, WILLIAM J.
27                                      BRATTON, DAVID GRIMES, ERIK SCHICK,
                                        and MICHAEL LAMBARTH
28

Alvarado\Stip. Continue Hearing

1   Defendants intend to file their motion for summary judgment by the end of July,

2   and will set it for hearing on the same date.

3

4   Dated: July ___, 2009           LAWRENCE BEACH ALLEN & CHOI, PC

5

6

7                                   By _____

8                                        Scott E. Caron
                                    Attorneys for Defendants,
9                                   COUNTY OF LOS ANGELES, LOS ANGELES
                                    COUNTY SHERIFF'S DEPARTMENT,
10                                  SHERIFF LEE BACA, ASSISTANT SHERIFF
                                    WILLIAM STONICH, LARRY W. WALDIE,
11                                  ASSISTANT SHERIFF DOYLE R.
                                    CAMPBELL; ASSISTANT PAUL K. TANAKA
12

13
    Dated: July ___, 2009           ROBERT MANN & DONALD W. COOK
14                                  Attorneys at Law

15

16                                  By _____

17                                       Donald W. Cook
                                    Attorneys for Plaintiff,
18                                  JULIO ALVARADO

19

20  Dated: July _8_, 2009           CARMEN TRUTANICH, City Attorney

21                                  MICHAEL L. CLAESSENS, Senior Assistant
                                    City Attorney
22                                  CORY M. BRENTE, Assistant City Attorney

23

24                                  By _____

25                                       Surekha A. Pessis, Deputy City Attorney
                                    Attorneys for Defendants,
26                                  CITY OF LOS ANGELES, WILLIAM J.
27                                  BRATTON, DAVID GRIMES, ERIK SCHICK,
                                    and MICHAEL LAMBARTH
28

                                         3

1

## DECLARATION OF SCOTT E. CARON

2      I, Scott E. Caron, declare as follows:

3      1.     The following is based upon my personal knowledge and if called

4 upon as a witness, I could and would competently testify thereto.  I am an

5 attorney at law duly licensed to practice before this Court and all the courts of the

6 State of California.  I am an associate in the law firm of Lawrence Beach Allen &

7 Choi, PC, attorneys for Defendants COUNTY OF LOS ANGELES, LOS

8 ANGELES COUNTY. SHERIFF'S DEPARTMENT, SHERIFF LEE BACA,

9 ASSISTANT SHERIFF WILLIAM STONICH, LARRY W. WALDIE,

10 ASSISTANT SHERIFF DOYLE R. CAMPBELL, ASSISTANT PAUL K.

11 TANAKA, and DIVISION CHIEF MARC L. KLUGMAN (hereinafter, the

12 "County Defendants").

13      2.     On June 18, 2009, the County Defendants filed a motion for

14 reconsideration of the Court's June 1, 2009 order denying Defendants' motion for

15 summary judgment.  The motion is set for hearing on July 27, 2009.  The primary

16 issue presented in the motion is the appropriate legal standard for addressing

17 claims of quasi-judicial immunity.

18      3.     I have since met and conferred with Plaintiff's counsel on another

19 motion for summary judgment to address the remaining issues of qualified

20 immunity, *Monell* liability, the alleged violation of Plaintiff's constitutional

21 rights, and immunity on Plaintiff's state law claims.  I originally intended to file

22 the motion in late June, and to set it for hearing on July 27 so that the hearing

23 would coincide with the motion for reconsideration.  I believe that a joint hearing

24 date will be to the benefit of the parties and the Court and in the interest of

25 judicial economy, as it will permit the Court to address all issues at once and will

26 assure that, in the event the motions are denied, there will be only one

27 interlocutory appeal.

28 //

Alvarado\Stip. Continue Hearing

4.      I am primarily responsible for preparing the County Defendants' motion for summary judgment.  Although I have attempted to complete the motion for summary judgment in time to have it heard on July 27, I require additional time to conduct investigation and complete the motion.  I believe I will be able to file the motion before the end of the month, and will therefore be able to set it for hearing in August.

5.      Plaintiff has noticed the depositions of the individual City of Los Angeles Defendants for July 22.  The depositions will most likely need to be continued due to the unavailability of counsel for the City of Los Angeles.  I expect that Plaintiff will want to take the depositions before his opposition to the motion for summary judgment is due.  If the motion for summary judgment is set for hearing in August, Plaintiff should have sufficient time to complete the depositions.

6.      A continuance of the hearing on Defendants' motion for reconsideration to August 31, 2009 will assure that it can be heard on the same date as the upcoming motion for summary judgment.  That way, the parties can brief and the Court can decide all issues at the same time.  To have both motions heard at the same time will also assure that there will be only one interlocutory appeal in the event the Court denies the motions.

7.      Plaintiff has not yet filed his opposition to the motion for reconsideration.  In addition, there has been no prior request for a continuance of the hearing on the motion for reconsideration.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed on July 8, 2009 at Glendale, California.

Scott E. Caron