PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SCOTT CARON, State Bar No. 227871
scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Lee Baca, Assistant Sheriff William Stonich, Larry W. Waldie, Assistant Sheriff Doyle R. Campbell, Assistant Paul K. Tanaka and Division Chief Marc L. Klugman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BRATTON, et al..<br><br>Defendants. | Case No. CV 06-7812 PA (RCx)<br><br>Honorable Percy Anderson<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR RECONSIDERATION** |

The Court having considered the stipulation of the parties through their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that the hearing on the County Defendants' Motion for Reconsideration is continued from July 27, 2009 at 1:30 p.m. to August 31, 2009 at 1:30 p.m.

DATED: July 8, 2009

**DENIED**
BY ORDER OF THE COURT

HONORABLE PERCY ANDERSON
United States District Judge
Central District of California

1