1  ROBERT MANN, CSB 48293
   DONALD W. COOK, CSB 116666
2  ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA 90010
   (213) 252-9444; (213) 252-0091 facsimile
4  manncook@earthlink.net
5  Attorneys for Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO, individually, and as class representative,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BRATTON, et al.,<br><br>Defendants. | Case No. CV06-7812 PA (RCx)<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DECLARATION OF DONALD W. COOK DATED 7/14/09** |

Upon Plaintiff's application and good cause appearing therefor, IT IS HEREBY ORDERED that the "Declaration of Donald W. Cook Filed under Seal" and dated July 14, 2009, be filed under seal.

DATED: 7/15/09

_____
PERCY ANDERSON
United States District Judge

00046653.WPD

# PROOF OF SERVICE BY MAIL AND FACSIMILE

I am a resident of the county of Los Angeles; I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA, 90010.

On July 14, 2009, I served the within [Proposed] "Order Granting Leave to File under Seal Declaration of Donald W. Cook Dated 7/14/09," on the interested parties herein by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California addressed as follows:

| | |
|---|---|
| Surekha A. Pessis<br>Deputy City Atty.<br>600 City Hall East, 6th Floor<br>200 N. Main Street<br>Los Angeles, CA 90012<br>Tel: (213) 978-7036<br>Fax: (213) 978-8785<br>Surekha.Pessis@lacity.org | Paul B. Beach<br>Scott E. Caron<br>LAWRENCE BEACH ALLEN &<br>CHOI, PC<br>100 West Broadway, Suite 1200<br>Glendale, CA 91210-1219<br>Telephone: (818) 545-1925<br>Facsimile: (818) 545-1937 |

On the above date I also caused true copies to be delivered via facsimile to the offices of the addressees.

I declare under penalty of perjury that the above is true and correct.

Executed on July 14, 2009, at Los Angeles, California.

_____
Donald W. Cook

00046653.WPD