ROBERT MANN (#48293) & DONALD W. COOK (#116666)
Attorneys for Plaintiff
3435 Wilshire Blvd., #2900
Los Angeles, CA 90010 (213) 252-9444 / (213) 252-0091 fax

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JULIO ALVARADO, an individual

Plaintiff(s)

v.

WILLIAM BRATTON, et al.,

Defendant(s).

CASE NUMBER

CV06-7812 PA (RCx)

**STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER**

## CHECK ONLY ONE BOX:
**Pursuant to the ADR Pilot Program:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-15 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-15 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:**

☑ The parties stipulate that THOMAS J. FEELEY _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: July 16, 2009

Dated: _____

Dated: July 16, 2009

Dated: July 16, 2009

Donald W. Cook, Attorney For Plaintiff

Attorney For Plaintiff

Surekha Pessis, Attorney For Defendants
LA City, Bratton, etc.

Scott E. Caron, Attorney For Defendants LA County, etc.

**Attorney for Plaintiff to electronically file original document:**

ROBERT MANN (#48293) & DONALD W. COOK (#116666)
Attorneys for Plaintiff
3435 Wilshire Blvd., #2900
Los Angeles. CA 90010 (213) 252-9444 / (213) 252-0091 fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JULIO ALVARADO. an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV06-7812 PA (RCx) |
| v. | |
| WILLIAM BRATTON, et al., | STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER |
| Defendant(s). | |

## CHECK ONLY ONE BOX:
**Pursuant to the ADR Pilot Program:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-15 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-15 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:**

☑ The parties stipulate that THOMAS J. FEELEY _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: July 16. 2009 _____         _____
                                            Donald W. Cook, Attorney For Plaintiff

Dated: _____                       _____
                                            Attorney For Plaintiff

Dated: July 16, 2009 _____         _____
                                            Surekha Pessis, Attorney For Defendants
                                                            LA City, Bratton, etc.

Dated: July 16. 2009 _____         _____
                                            Scott E. Caron, Attorney For Defendants LA County, etc.

**Attorney for Plaintiff to electronically file original document.**

ADR-02 ( 05/08)          STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER