PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SCOTT CARON, State Bar No. 227871
scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Lee Baca, Assistant Sheriff William Stonich, Larry W. Waldie, Assistant Sheriff Doyle R. Campbell, Assistant Paul K. Tanaka, Charles Jackson, and Division Chief Marc L. Klugman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM BRATTON, et al..<br><br>　　　　Defendants.<br>_____ | Case No. CV 06-7812 PA (RCx)<br><br>District Judge Percy Anderson<br><br>**JOINT STIPULATION AUTHORIZING LOS ANGELES COUNTY DEFENDANTS TO ATTEND DEPOSITION TELEPHONICALLY** |

//
//
//
//
//
//
//
//
//

1

Stip re Telephonic Depo

1  Pursuant to Local Rule 7.1 of the United Stated District Court for the Central
2  District of California and Federal Rule of Civil Procedure 30(b)(4), the parties
3  hereby enter into a stipulation authorizing Defendants County of Los Angeles, Los
4  Angeles County Sheriff's Department, Lee Baca, William Stonich, Larry Waldie,
5  Doyle Campbell, Paul Tanaka, and Marc Klugman to telephonically attend the
6  deposition of the person most knowledgeable from the California Department of
7  Justice, scheduled for September 23, 2009 at 11:00 a.m.

Dated: September 21, 2009         LAWRENCE BEACH ALLEN & CHOI, PC

                                  By: /s/ Scott E. Caron
                                      Scott E. Caron
                                  Attorneys for Defendants
                                  County of Los Angeles, Los Angeles County
                                  Sheriff's Department, Lee Baca, William
                                  Stonich, Larry W. Waldie, Doyle R.
                                  Campbell, Paul K. Tanaka and Marc L.
                                  Klugman


Dated: September 21, 2009         ROBERT MANN & DONALD W. COOK
                                  Attorneys at Law

                                  By /s/ Donald W. Cook
                                     Donald W. Cook
                                  Attorneys for Plaintiff,
                                  Julio Alvarado

25  //
26  //
27  //
28  //

Stip re Telephonic Depo

2

1  Dated: September 21, 2009

CARMEN TRUTANICH, City Attorney
MICHAEL L. CLAESSENS, Senior
Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By: /s/ Surekha A. Pessis
    Surekha A. Pessis, Deputy City
    Attorney
Attorneys for Defendants,
City of Los Angeles, William J. Bratton,
David Grimes, Erik Schick, and Michael
Lambarth

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Selina Small, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 W. Broadway, Suite 1200, Glendale, CA 91210.

On September 22, 2009, I served the foregoing **JOINT STIPULATION AUTHORIZING LOS ANGELES COUNTY DEFENDANTS TO ATTEND DEPOSITION TELEPHONICALLY** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Donald W. Cook<br>Mann & Cook<br>3435 Wilshire Blvd., Suite 2900<br>Los Angeles, CA 90010 | Attorneys for Plaintiff |
| Surekha A. Pessis<br>Deputy City Attorney<br>600 City Hall East<br>200 North Main Street<br>Los Angeles, California 90012-4129 | Attorneys for Defendants<br>City of Los Angeles, et al. |

BY U.S. MAIL As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 22, 2009, at Glendale, California.

_Selina Small_
Declarant

Alvarado\Joint Stipulation