**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
(213) 252-9444; (213) 252-0091 facsimile
manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BRATTON, et al.,<br><br>Defendants. | Case No. CV06-7812 PA (RCx)<br><br>DISCOVERY MATTER<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION; DECLARATION OF SAMANTHA KOERNER; REQUEST FOR SANCTIONS**<br><br>Date: 10/21/09<br>Time: 9:30 a.m.<br>Crtm: 23 (Spring St.)<br><br>DCO: 11/9/09<br>Trial date: 1/19/10<br>Pretrial date: 12/18/09 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Wednesday, October 21, 2009, in Courtroom 23 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, at 9:30 a.m., or as soon thereafter as counsel may be heard, plaintiff will move the Court for an order compelling defendant City of Los Angeles to further respond without

1  objections to Plaintiff's Request for Production, Set No. 1, Request Nos. 28 through 31.

2  PLEASE TAKE FURTHER NOTICE that at the above time and place, plaintiff will also move the Court to award plaintiff $2,235.00 in reasonable attorneys fees, to be paid by defendant City of Los Angeles and its counsel of record Deputy City Attorney Surekha A. Pessis.

The motion to compel further responses and to award attorneys fees shall be pursuant to Rule 37(a)(2), (3), (4) & (5), Federal Rules of Civil Procedure, and shall be based upon this notice, the attached declaration of Samantha Koerner, the parties' separately filed Local Rule 37-2 Stipulation, and the record and files of this case.

DATED: September 28, 2009

          **ROBERT MANN**
          **DONALD W. COOK**
          Attorneys for Plaintiff

By _____
        Donald W. Cook

## DECLARATION OF SAMANTHA KOERNER

I, SAMANTHA KOERNER, declare:

1. I am an associate attorney employed in the offices of Robert Mann & Donald W. Cook, counsel for plaintiff. I have been employed in their offices for about 8 years.

**QUALIFICATIONS**

2. I received a Bachelor of Arts Degree from the University of California, Berkeley in 1991, and a Juris Doctor Degree from Loyola Law School, Los Angeles, in 1994. I have been admitted to practice law in the State of California since 1994.

3. Before entering law school, beginning in 1989, I worked during my summer and winter breaks for Thomas E. Beck and Associates. He specialized in police misconduct and criminal defense cases. It was there I first became exposed to civil rights litigation. During law school, I continued clerking for Mr. Beck, and also worked as a law clerk in 1993 and 1994 for Greene, Broillet, Taylor & Wheeler. Also during law school I did an internship at the Western Law Center for Disability Rights, located on the Loyola Campus. There I worked on federal court cases involving civil rights violations of people suffering from various disabilities.

4. Upon graduating from law school, I was re-hired by Thomas E. Beck. I practiced law with Mr. Beck from 1994 to 2001. That practice was approximately 75% civil rights/police misconduct civil cases, and 25% criminal defense cases in which our clients were accused of interfering with or committing batteries upon police officers. In October, 2001, I began working for Robert Mann and Donald W. Cook.

5. I have been awarded fees for my services in excess of $300/hr.

**AMOUNT OF SANCTIONS REQUESTED**

6. In meeting with defense counsel pursuant to Local Rule 37-1, and in assisting in the preparation of the Local Rule 37-2 Stipulation, I have

spent 14.9 hours on this aspect of the case. Using the hourly rate the Court used in its May 21, 2009 discovery order (document 95) I request $2,235.00 in reasonable fees (14.9hrs x $300/hr) be awarded plaintiff and as against defendant City of Los Angeles and its attorneys Surekha A. Pessis.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 24, 2009, at Los Angeles, California.

*Samantha Koerner*
Samantha Koerner