JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ALVARADO, | No. CV 06-7812 PA (RCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WILLIAM BRATTON; LEE BACA; CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LARRY W. WALDIE; DOYLE R. CAMPBELL; PAUL K. TANAKA; MARC L. KLUGMAN; ERIK SCHICK; MICHAEL LAMBARTH; and DAVID GRIMES, | |
| Defendants. | |

In accordance with the Court's November 16, 2009 Minute Order, the Court has granted summary judgment to County of Los Angeles, Los Angeles County Sheriff's Department ("LASD"), Lee Baca, Larry Waldie, Doyle Campbell, Paul Tanaka, and Marc Klugman (collectively the "County Defendants") and City of Los Angeles, the Los Angeles Police Department ("LAPD"), William Bratton, Erik Schick, Michael Lambarth, and David Grimes (collectively the "City Defendants") on plaintiff Julio Alvarado's ("Plaintiff") first

and second claims brought pursuant to 42 U.S.C. § 1983 and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff shall recover nothing from the County Defendants and the City Defendants on Plaintiff's first and second claims brought pursuant to 42 U.S.C. § 1983;

2. The County Defendants and the City Defendants shall have judgment in their favor on Plaintiff's first and second claims;

3. Plaintiff's third, fourth, fifth, and sixth claims are dismissed without prejudice; and

4. Defendants shall recover from Plaintiff their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: November 17, 2009

_____
Percy Anderson
United States District Judge